LOUIS ADLER, Respondent, *v.* GEORGE JUNG et al., Appellants.

*Adler* v. *Jung*, 146 App. Div. 907, appeal dismissed.
(Argued January 8, 1912; decided January 16, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 6, 1911, which reversed an order of the Municipal Court of the city of New York setting aside a prior judgment of that court in favor of plaintiff and directed the reinstatement of said judgment in an action to recover broker's commissions.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*William I. Karle* for motion.

*Jere Lieberman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.